United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>   v.<br>JOSE G. GUIDO,<br><br>   Defendant.<br>_____/ | No. C 11-6481 MEJ<br><br>**ORDER** |

   Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Maria-Elena James for trial. Accordingly, the parties shall follow the procedures set forth below:

1. The parties shall return to the Court the enclosed form, either consenting to the Magistrate Judge's jurisdiction pursuant to 28 U.S.C. § 636(c), or requesting reassignment to a District Court Judge. Plaintiff and Defendant shall file the consent/decline form by March 22, 2012.

2. No later than March 22, 2012, Plaintiff shall serve on Defendant an accounting of the documents supporting Plaintiff's claims. Plaintiff shall concurrently file with the Court proof of service of the accounting.

3. The parties are ordered to meet and confer by April 5, 2012, either in person or telephonically, to discuss the documents received and reviewed by Defendant.

4. The parties shall file a meet and confer letter informing the Court of the status of the case by April 19, 2012. The letter shall include the following: (a) a brief chronology of the facts and a statement of the principal factual issues in dispute; (b) a brief statement, without extended legal argument, of the disputed points of law, including

reference to specific statutes and decisions; (c) the scope of anticipated discovery, if any; (d) any anticipated motions; and (e) the status of any attempted settlement negotiations.

5. The parties shall appear before the Court for a case management conference on May 3, 2012, at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE G. GUIDO,

        Defendant.

Case Number: 11-6481 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose G. Guido
750 N. White Road
San Jose, CA 95127

Dated: March 6, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California