UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5          UNITED STATES  DISTRICT COURT
6            Northern District of California
7
8   UNITED STATES OF AMERICA,                    No. C 11-6481 MEJ
9                     Plaintiff,          **ORDER**
           v.
10
    JOSE G. GUIDO,
11
                    Defendant.
12   _____/
13
14        Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Maria-Elena
15   James for trial.  Accordingly, the parties shall follow the procedures set forth below:
16        1.   The parties shall return to the Court the enclosed form, either consenting to the
17             Magistrate Judge's jurisdiction pursuant to 28 U.S.C. § 636(c), or requesting
18             reassignment to a District Court Judge.  Plaintiff and Defendant shall file the
19             consent/decline form by March 22, 2012.
20        2.   No later than March 22, 2012, Plaintiff shall serve on Defendant an accounting of the
21             documents supporting Plaintiff's claims.  Plaintiff shall concurrently file with the
22             Court proof of service of the accounting.
23        3.   The parties are ordered to meet and confer by April 5, 2012, either in person or
24             telephonically, to discuss the documents received and reviewed by Defendant.
25        4.   The parties shall file a meet and confer letter informing the Court of the status of the
26             case by April 19, 2012.  The letter shall include the following: (a) a brief chronology
27             of the facts and a statement of the principal factual issues in dispute; (b) a brief
28             statement, without extended legal argument, of the disputed points of law, including

1      reference to specific statutes and decisions; (c) the scope of anticipated discovery, if

2      any; (d) any anticipated motions; and (e) the status of any attempted settlement

3      negotiations.

4      5.      The parties shall appear before the Court for a case management conference on May

5              3, 2012, at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San

6              Francisco, California, 94102.

7      **IT IS SO ORDERED.**

8

9      Dated: March 6, 2012

10                                                     _____
                                                       Maria-Elena James
                                                       Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOSE G. GUIDO,

       Defendant.

Case Number: 11-6481 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose G. Guido
750 N. White Road
San Jose, CA 95127

Dated: March 6, 2012

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

3