1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11
    **UNITED STATES OF AMERICA,**        )    Case No. **C 11-6481 MEJ**
12                                       )
                          Plaintiff,     )
13                                       )    **ORDER DISMISSING CASE**
                                         )    **WITHOUT PREJUDICE**
14        v.                             )
                                         )
15                                       )
    **JOSE G. GUIDO aka JOSE GUIDO,**    )
16                                       )
                          Defendant.     )
17  _____  )

18        The stipulation for order dismissing without prejudice the above entitled case on file

19  herein having been considered, the matter having been submitted and good cause

20  therefor,

21        THE COURT ORDERS THAT this case be and hereby is dismissed without

22  prejudice.

23  Dated: _____     _____
                 April 10, 2012
24                                Maria-Elena James
                                  Chief United States Magistrate Judge
25

26

27

28