**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone: (510) 523-4702**

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **JOSE G. GUIDO aka JOSE GUIDO**, <br> Defendant. | Case No. **C 11-6481 MEJ** <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The stipulation for order dismissing without prejudice the above entitled case on file herein having been considered, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT this case be and hereby is dismissed without prejudice.

Dated: April 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge